OFFENDER-CERTIFIED

Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Christopher A. Steudler                                  Docket No. 02-00004-001 Erie

### Petition on Probation

      COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Christopher A. Steudler, who was placed on supervision by the Honorable Sean J. McLaughlin sitting in the Court at Erie, Pennsylvania, on the 12th day of March 2003, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall participate in the Bureau of Prisons' Comprehensive Sanctions Center program (Community Correction Center) for a period not to exceed 180 days.

- In all other respects not inconsistent with the instant order, the terms of the sentencing order dated November 16, 2001, shall remain in force and effect.

Original conditions of supervision imposed by Judge Elfvin on November 11, 2001, at sentencing:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.
- The defendant shall refrain from the unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic tests thereafter.
- The defendant shall enter into drug/alcohol treatment, to include urinalysis and other testing, the details of such treatment to be approved by the U.S. Probation Office. The defendant is not to leave treatment until discharge is agreed to by the U.S. Probation Office and the treating agency. While in treatment and after discharge from treatment, the defendant is to abstain from the use of alcohol. The defendant is required to contribute to the cost of services rendered (co-payment) in an amount approved by the probation officer based on ability to pay or availability of third-party payment.
- The defendant shall submit to a search of his person, property, vehicle, and place of residence conducted as determined by the probation officer.
- The defendant shall pay a special assessment of $100.

11-16-01:     Interstate Travel to Facilitate a Business Enterprise Involving a Controlled Substance; Original sentence, Judge Elfvin, Buffalo, New York; 3 years' probation.

12-19-01:     Jurisdiction transferred from the Western District of New York to the Western District of Pennsylvania (Criminal No. 02-00004-001 Erie assigned for Western District of Pennsylvania).

03-12-03:     Revocation hearing, Judge McLaughlin; Probation revoked and sentenced to 7 months' custody of the Bureau of Prisons and 3 years' supervised release and conditions previously imposed remain in effect.

09-15-03:     Released to supervision; Currently supervised by U.S. Probation Officer David J. Conde.

U.S.A. vs. Christopher A. Steudler
Docket No. 02-00004-001 Erie
Page 2

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that on December 31, 2005, Mr. Steudler admitted himself into the 28-day inpatient drug and alcohol program at Gaudenzia/Crossroads. Mr. Steudler was interviewed by the Probation Office on January 6, 2006, and he admitted to traveling to Pittsburgh, Pennsylvania, purchasing heroin, and then using it.

Mr. Steudler also admitted that he lost his job because of his renewed drug use and resulting failure to appear at work. On February 1, 2006, Mr. Steudler signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Time of Supervision, in which he agreed to the following modification of supervision: The releasee shall participate in the U.S. Probation Office and the Bureau of Prisons' Comprehensive Sanctions Center program, until released by the program review team, for a period not to exceed 180 days.

PRAYING THAT THE COURT WILL ORDER that the releasee participate in the U.S. Probation Office and the Bureau of Prisons' Comprehensive Sanctions Center program, until released by the program review team, for a period not to exceed 180 days.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case. | Executed on February 3, 2006 |
| | _David J. Conde_ <br> U.S. Probation Officer |
| _____ <br> U.S. District Judge | _Gerald R. Buban_ <br> Supervising U.S. Probation Officer |
| | Place: Erie, PA |